In the Matter of ELLA B. BENSON, a Non-Resident Incompetent. CHARLES W. BUCKELEW, Petitioner-Appellant; MAX HERBST, Respondent.— Order, so far as appealed from, modifying an order dated October 2, 1935, which increases the amount of the bond to be executed by the committee from the sum of $15,000 to the sum of $85,000 unanimously reversed and the provision increasing the amount of the bond stricken out. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JACOB DAMES and HYMAN DAMES, Copartners Doing Business under the Firm Name and Style of CALBROOK Co., Plaintiffs, v. PARK-LIN HOMES, INC., Respondent. W. A. CASE & SON MANUFACTURING Co., Respondent, v. CITY OF NEW YORK, Defendant. DAVID WORTZMAN and Others, Claimants-Appellants. (Consolidated Actions.) — Order denying motion of claimants-appellants to be made parties defendants unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HILLCREST INVESTORS, INC., Relator, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Defendants. In the Matter of the Application of REDMOND F. KERNAN, JR., Attorney for the Above-Named Relator, to Determine and Enforce the Equitable Assignment and Lien of Said Attorney on the Funds of the Above Relator in the Hands of the Comptroller of the City of New York, Appellant. NORMAR REAL ESTATE CORPORATION and Others, Respondents.— Order denying petitioner's motion for an order vacating the order entered April 5, 1935, and to determine and fix a lien of petitioner in the sum of $2,203.68 now held by the comptroller of the city of New York for Hillcrest Investors, Inc., and to direct the comptroller to pay said sum to petitioner in satisfaction of his lien, unanimously reversed, with twenty dollars costs and disbursements, and the matter remitted to Hon. James A. O'Gorman, official referee, to determine the existence and extent of the lien. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM H. McGOWAN, Receiver of PENN NATIONAL BANK AND TRUST COMPANY OF READING, on His Own Behalf as Such Receiver and on Behalf of the ÆTNA CASUALTY AND SURETY COMPANY OF HARTFORD, CONNECTICUT, and Others, Appellants-Respondents, v. THOMAS C. EASTMAN and Others, Respondents-Appellants.— Order, so far as appealed from by the plaintiffs, modified by granting all items for examination before trial except No. 45, and as so modified affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. (Martin, P. J., and O'Malley, J., dissent on defendants' appeal in so far as the order permits examination of Ralph Prendergast on behalf of defendants; otherwise vote to affirm. See Western Elevating Assn., Inc., v. Chapman, 238 App. Div. 14.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HAROLD SPIELBERG for Reinstatement to the Bar.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.